**Order entered July 26, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00436-CV

**THE JAGO TIMES GROUP PUBLICATIONS, LLC AND RAJA A. KHANZADA, Appellants**

**V.**

**ANWER CHUGTAI, Appellee**

On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-09353

## ORDER

The clerk's record in this case is overdue. By postcard dated April 29, 2019, we notified the Dallas County District Clerk that the clerk's record was past due and directed the Dallas County District Clerk to file the clerk's record within thirty days. By order dated June 24, 2019, we again notified the Dallas County District Clerk the clerk's record was overdue and ordered the Dallas County District Clerk to file either the clerk's record or written verification that appellants had not paid for or made arrangements to pay for the clerk's record and that Raja A. Khanzada has not been found entitled to proceed without payment of costs. To date, the clerk's

record has not been filed and the Dallas County District Clerk's office has not communicated with the Court regarding the status of the clerk's record.[1]

So that this appeal can proceed, we again **ORDER** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, either (1) the clerk's record, or (2) written verification that appellants have not paid for or made arrangements to pay for the clerk's record. *We notify appellants that if we receive verification the clerk's record has not been paid for or that arrangements to pay for the clerk's record have not been made, we will, without further notice, dismiss the appeal.* See TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order to:

Felicia Pitre
Dallas County District Clerk

All parties

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE

---

[1] The Dallas County District Clerk's Office filed a supplemental clerk's record on June 25, 2019.